IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| COREY GREEN-HALL, | § | |
| | § | No. 222, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N24C-04-032 |
| GENISYS CREDIT UNION, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

## ORDER

The appellant, Corey Green-Hall, filed this appeal from the Superior Court's order directing that a writ of replevin issue. On July 9, 2024, the Court denied Green-Hall's motion to proceed *in forma pauperis*. The Senior Court Clerk advised Green-Hall to pay the filing fee by July 23, 2024, or a notice to show cause would issue. Hall-Green failed to pay the filing fee. On July 24, 2024, the Chief Deputy Clerk issued a notice, by certified mail, directing Hall-Green to show cause why this appeal should not be dismissed for his failure to pay the filing fee. Because the return receipt filed with the Court was unsigned, the Chief Deputy Clerk reissued the notice, again by certified mail. Postal records show that the notice has been out for delivery and awaiting delivery since August 23, 2024. On September 9, 2024, the Chief Deputy Clerk reissued the notice to show cause by first-class mail. All three notices were sent to the address that Hall-Green provided to this Court. To date,

Hall-Green has not paid the filing fee, responded to the notice to show cause, or reported any change of address to the Court. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal be DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice